```
            UNITED STATES BANKRUPTCY COURT
               DISTRICT OF CONNECTICUT
                  HARTFORD DIVISION
```

| | |
|---|---|
| IN THE MATTER OF | ) IN PROCEEDINGS UNDER CHAPTER 13 |
| Gloria J. Atkins | ) CASE NO. 09 23511 |
| DEBTOR(S) | ) January 13, 2010 |

### REQUEST FOR CONFIRMATION HEARING AND MOTION TO DISMISS

Molly T. Whiton, Chapter 13 Standing Trustee herein, respectfully requests that a confirmation hearing be scheduled in the above-captioned case, and, in the event that the plan is not confirmable, moves for a dismissal of the case.

In the event the plan is not confirmed, the Trustee requests an administrative allowance in the amount of $250.00 to be paid from any funds held pursuant to Section 1326.

```
                    /S/ Molly T. Whiton
                    _____
                    Molly T. Whiton, Chapter 13 Trustee
                    Fed. ID. No. 02214
                    10 Columbus Boulevard, 6th Floor
                    Hartford, CT 06106
                    Tele:(860) 278-9410 Fax:(860) 527-6185
                    mtwhiton@mtwhiton.com
```

This is to certify that a copy hereof was mailed, postage prepaid, on the above date, to the following:

**Debtor:**
Gloria J. Atkins
25 Winton Road
East Windsor, CT  06088

The following were served electronically:

**Debtor's Counsel:**
CHARLES A. MAGLIERI, ESQ.
atty.maglieri@sbcglobal.net

**U.S. Trustee**
USTPREGION02.NH.ECF@USDOJ.GOV

```
                    /S/ Molly T. Whiton
                    _____
                    Molly T. Whiton, Chapter 13 Trustee
                    Fed. ID. No. 02214
                    10 Columbus Blvd., Hartford, CT 06106
                    Tele:(860) 278-9410 Fax:(860)527-6185
                    mtwhiton@mtwhiton.com
```

PLEASE SET FOR: 2/11/10