UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE:
GLORIA J. ATKINS f/k/a GLORIA PEARSON          :   CHAPTER 13
f/k/a GLORIA J. ATKINS-PEARSON
    DEBTOR                                   :   CASE NO. 09-23511 ASD

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
FOR THE STRUCTURED ASSET SECURITIES
CORPORATION MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2006-BC5
    MOVANT
VS.
GLORIA J. ATKINS f/k/a GLORIA PEARSON
f/k/a GLORIA J. ATKINS-PEARSON
    DEBTOR
MOLLY T. WHITON, TRUSTEE
    RESPONDENTS                              :   MAY 28, 2010

### STATEMENT PURSUANT TO RULE 2016

Pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, I certify that I am counsel to the secured creditor in this action. The scope of my representation and the fees for the services is set forth is as follows:

| | |
|---|---|
| Preparation and filing of an Appearance; Review Of Chapter 13 Plan; Monitor case to Confirmation | $150.00 |
| Preparation and filing of a Proof of Claim; | $150.00 |
| TOTAL | $300.00 |

I certify that the above is a complete and accurate statement of the fees incurred by the creditor, in this Chapter 13 case prior to the confirmation.

s/ Linda J. St. Pierre
Linda J. St. Pierre, Esq.
Attorney for Movant
Hunt Leibert Jacobson, PC
Fed ID No. CT 22287

THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY. IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was served via first-class, postage prepaid mail or via ECF e-mail, on May 28, 2010, to the following:

Gloria J. Atkins
25 Winton Road
East Windsor, CT 06088
(Debtor)

Charles A. Maglieri
Advanced Bankruptcy Legal Service
34 Jerome Avenue
Bloomfield, CT 06002
(Debtors' Attorney)

Molly T. Whiton, Esq.
10 Columbus Blvd, 6th Floor
Hartford CT 06106
(Trustee)

US Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

_____
Linda J. St. Pierre, Esq.
Hunt Leibert Jacobson, PC