UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE:
GLORIA J. ATKINS f/k/a GLORIA PEARSON a/k/a        : CHAPTER 13
GLORIA J. ATKINS-PEARSON
    DEBTOR                                           : CASE NO. 09-23511 ASD

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET
SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
2006-BC5 TRUST COMPANY, AS TRUSTEE
    MOVANT
VS.                                                : DOC. NO.
GLORIA J. ATKINS f/k/a GLORIA PEARSON a/k/a
GLORIA J. ATKINS-PEARSON
    DEBTOR
MOLLY T. WHITON, TRUSTEE
    RESPONDENTS                                      : APRIL 29, 2011

### REQUEST FOR ENTRY OF PROPOSED ORDER PURSUANT TO AFFIDAVIT RE: NONCOMPLIANCE WITH STIPULATED ORDER

The undersigned, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC5 TRUST COMPANY, AS TRUSTEE, hereby states:

1. On October 7, 2010 a Stipulated Order entered between the parties.

2. The Debtor is in default of said stipulated order pursuant to the attached Affidavit.

3. The Movant hereby requests that unless a counter-affidavit is filed within five business days from the filing of this Affidavit, certifying that the Debtor has complied with the provisions of the Stipulated Order, then the Motion for Relief shall be granted (a copy of the proposed Order is attached hereto).

                                              Linda J. St. Pierre, Esq.
                                              Attorney for Movant
                                              Hunt Leibert Jacobson, P.C.
                                              Telephone: (860) 808-0606 x 5156
                                              Fed I.D. No. CT 22287

THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY. IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.

RE: GLORIA J. ATKINS  
    CHAPTER 13  
    CASE NO. 09-23511 ASD

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC5 TRUST COMPANY, AS TRUSTEE

## AFFIDAVIT

I, __Teressa J. Williams__, being duly sworn, hereby depose and state as follows:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am an agent of Wells Fargo Home Mortgage, servicer for U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC5 Trust Company, as Trustee, as a __VP Loan Documentation__. In that capacity, I have personal knowledge of the books and records pertaining to the Debtor regarding a Note secured by a Mortgage regarding property known as 25 Winton Road, East Windsor, Connecticut.

3. Debtor filed for protection under Chapter 13 of the United States Bankruptcy Code on December 1, 2009.

4. Debtor defaulted on post-petition monthly payments and U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC5 Trust Company, as Trustee filed a Motion for Relief from Stay, dated June 30, 2010.

5. On October 7, 2010, a Stipulated Order was entered in said Court.

6. The Order provides, among other conditions, that the Debtor maintain current mortgage payments commencing with the October 2010 installment and Debtor is to tender payments towards the post-petition arrearage in six equal installments of $471.77 each month commencing October 30, 2010 and continuing every month thereafter until and including March 30, 2011.

7. The Order states that if the Debtor defaulted on any payments called for in the Order, then Movant could file an Affidavit of Non-Compliance and request entry of Order granting relief from stay.

8. The Debtor is in default of said Stipulated Order. The Debtor failed to tender payments due under the Stipulated Order as follows: the monthly payments due March 1, 2011

and April 1, 2011 in the amount of $2036.38 each; the arrearage payments due November 30, 2010; December 30, 2010; January 30, 2011; February 28, 2011; and March 30, 2011 in the amount of $471.77 each.

9. Debtor is in default on the Stipulated Order and U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC5 Trust Company, as Trustee requests that relief from the automatic stay be granted.

10. I hereby depose and state that I have personal knowledge of the facts set forth herein and that the allegations are true and accurate to the best of my knowledge and belief.

_____
Affiant       Teressa J. Williams
VP Loan Documentation

Subscribed and sworn to me this 27 day of April, 2011.

_____
Notary Public
My Commission expires: 12-14-14

PENNY S. MCCRAVEN
NOTARY PUBLIC
SOUTH CAROLINA
MY COMMISSION EXPIRES 12-14-2014

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE:
GLORIA J. ATKINS f/k/a GLORIA PEARSON : CHAPTER 13
f/k/a GLORIA J. ATKINS-PEARSON
    DEBTOR : CASE NO. 09-23511 ASD

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR THE STRUCTURED ASSET
SECURITIES CORPORATION MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2006-BC5
    MOVANT : Re: DOC. I.D. NO.
VS
GLORIA J. ATKINS f/k/a GLORIA PEARSON
f/k/a GLORIA J. ATKINS-PEARSON
    DEBTOR
MOLLY T. WHITON, TRUSTEE :
    RESPONDENTS

<u>PROPOSED ORDER GRANTING U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC5 RELIEF FROM STAY</u>

After notice and a hearing, on U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC5 (hereafter the "Movant") <u>Motion for Relief from Stay</u>, (hereafter, the "Motion"), Doc. I.D. No. ____.

**IT IS HEREBY ORDERED** that the Motion is Granted - the Automatic Stay of 11 U.S.C. § 362(a) is modified to permit the Movant and/or its successors and assigns to commence and/or continue and prosecute to judgment a foreclosure action and otherwise exercise its rights, if any with respect to real property known as **25 Winton Road, East Windsor, Connecticut** in accordance with applicable state law and/or permit the Movant and/or its successors and assigns to contact the Debtor by telephone or written correspondence and, at its option, offer, provide and

enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement, and

**IT IS FURTHER ORDERED** that the Movant may assess the Debtor's mortgage account with reasonable attorney's fees of up to $650 plus costs of $150 in connection with this Motion for Relief from Stay. If the Debtor received a Chapter 7 discharge after the Movant's loan was originated, said attorney's fees and costs shall be non-recourse against the Debtor unless Movant's debt was included in a reaffirmation agreement, and

**IT IS FURTHER ORDERED** that the 14 day stay of Fed.R.Bankr.P. 4001(a)(3) is not applicable and the Movant may immediately enforce and implement this Order.

CERTIFICATION

I hereby certify that a copy of the foregoing was served via first-class post prepaid mail and/or via ECF e-mail to the following parties of interest on this 29th day of April, 2011.

Gloria J. Atkins
25 Winton Road
East Windsor, CT 06088
(Debtor)

Molly T. Whiton, Esq.
10 Columbus Boulevard
Hartford, CT 06106
(Trustee)

Charles A. Maglieri, Esq.
Advanced Bankruptcy Legal Service
34 Jerome Avenue
Bloomfield, CT 06002
(Debtor's Attorney)

U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Dated: April 29, 2011

_____
Linda J. St. Pierre, Esq.
Attorney for Movant
Hunt Leibert Jacobson, PC
Fed. I.D. No. CT 22287