UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE:
GLORIA J. ATKINS f/k/a GLORIA PEARSON a/k/a : CHAPTER 13
GLORIA J. ATKINS-PEARSON
    DEBTOR : CASE NO. 09-23511 ASD

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC5 TRUST COMPANY, AS TRUSTEE
    MOVANT
VS. : DOC. NO.
GLORIA J. ATKINS f/k/a GLORIA PEARSON a/k/a
GLORIA J. ATKINS-PEARSON
    DEBTOR
MOLLY T. WHITON, TRUSTEE
    RESPONDENTS : APRIL 29, 2011

### REQUEST FOR ENTRY OF PROPOSED ORDER PURSUANT TO AFFIDAVIT RE: NONCOMPLIANCE WITH STIPULATED ORDER

The undersigned, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC5 TRUST COMPANY, AS TRUSTEE, hereby states:

1. On October 7, 2010 a Stipulated Order entered between the parties.

2. The Debtor is in default of said stipulated order pursuant to the attached Affidavit.

3. The Movant hereby requests that unless a counter-affidavit is filed within five business days from the filing of this Affidavit, certifying that the Debtor has complied with the provisions of the Stipulated Order, then the Motion for Relief shall be granted (a copy of the proposed Order is attached hereto).

                                      Linda J. St. Pierre, Esq.
                                      Attorney for Movant
                                      Hunt Leibert Jacobson, P.C.
                                      Telephone: (860) 808-0606 x 5156
                                      Fed I.D. No. CT 22287

THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY. IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.

## CERTIFICATION

I hereby certify that a copy of the foregoing was served via first-class post prepaid mail and/or via ECF e-mail to the following parties of interest on this 29th day of April, 2011.

Gloria J. Atkins
25 Winton Road
East Windsor, CT 06088
(Debtor)

Charles A. Maglieri, Esq.
Advanced Bankruptcy Legal Service
34 Jerome Avenue
Bloomfield, CT 06002
(Debtor's Attorney)

Molly T. Whiton, Esq.
10 Columbus Boulevard
Hartford, CT 06106
(Trustee)

U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Dated: April 29, 2011

_____
Linda J. St. Pierre, Esq.
Attorney for Movant
Hunt Leibert Jacobson, PC
Fed. I.D. No. CT 22287