UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

| | |
|---|---|
| IN RE: | |
| GLORIA J. ATKINS f/k/a GLORIA PEARSON<br> f/k/a GLORIA J. ATKINS-PEARSON | : CHAPTER 13 |
| DEBTOR | : CASE NO. 09-23511 ASD |
| U.S. BANK NATIONAL ASSOCIATION, AS<br>TRUSTEE FOR THE STRUCTURED ASSET<br>SECURITIES CORPORATION MORTGAGE<br>PASS-THROUGH CERTIFICATES, SERIES 2006-BC5 | |
| MOVANT | Re: ECF No. 39 |
| VS | |
| GLORIA J. ATKINS f/k/a GLORIA PEARSON<br> f/k/a GLORIA J. ATKINS-PEARSON<br>  DEBTOR<br>MOLLY T. WHITON, TRUSTEE<br>  RESPONDENTS | : |

<u>ORDER GRANTING U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC5 RELIEF FROM STAY</u>

After notice and a hearing, on U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC5 (hereafter the "Movant") <u>Motion for Relief from Stay,</u> (hereafter, the "Motion"), ECF No. 39:

**IT IS HEREBY ORDERED** that the Motion is Granted - the Automatic Stay of 11 U.S.C. § 362(a) is modified to permit the Movant and/or its successors and assigns to commence and/or continue and prosecute to judgment a foreclosure action and otherwise exercise its rights, if any with respect to real property known as **25 Winton Road, East Windsor, Connecticut** in accordance with applicable state law and/or permit the Movant and/or its successors and assigns to contact the Debtor by telephone or written correspondence and, at its option, offer, provide and

enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement, and

**IT IS FURTHER ORDERED** that the Movant may assess the Debtor's mortgage account with reasonable attorney's fees of up to $650 plus costs of $150 in connection with this Motion for Relief from Stay. If the Debtor received a Chapter 7 discharge after the Movant's loan was originated, said attorney's fees and costs shall be non-recourse against the Debtor unless Movant's debt was included in a reaffirmation agreement, and

**IT IS FURTHER ORDERED** that the 14 day stay of Fed.R.Bankr.P. 4001(a)(3) is not applicable and the Movant may immediately enforce and implement this Order.

Dated: May 17, 2011

                                                        Albert S. Dabrowski
                                                        United States Bankruptcy Judge

Affidavit of Non-Compliance of Stipulation, ECF No. 43
No Counter Affidavit filed.