UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE:
GLORIA J. ATKINS f/k/a GLORIA PEARSON         : CHAPTER 13
 f/k/a GLORIA J. ATKINS-PEARSON
    DEBTOR                                                                        : CASE NO. 09-23511 ASD

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR THE STRUCTURED ASSET
SECURITIES CORPORATION MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2006-BC5
    MOVANT                                                                      Re: ECF No. 39

VS
GLORIA J. ATKINS f/k/a GLORIA PEARSON
 f/k/a GLORIA J. ATKINS-PEARSON
    DEBTOR
MOLLY T. WHITON, TRUSTEE                                    :
    RESPONDENTS

ORDER GRANTING U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC5 RELIEF FROM STAY

After notice and a hearing, on U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC5 (hereafter the "Movant") Motion for Relief from Stay, (hereafter, the "Motion"), ECF No. 39:

**IT IS HEREBY ORDERED** that the Motion is Granted - the Automatic Stay of 11 U.S.C. § 362(a) is modified to permit the Movant and/or its successors and assigns to commence and/or continue and prosecute to judgment a foreclosure action and otherwise exercise its rights, if any with respect to real property known as **25 Winton Road, East Windsor, Connecticut** in accordance with applicable state law and/or permit the Movant and/or its successors and assigns to contact the Debtor by telephone or written correspondence and, at its option, offer, provide and

enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement, and

**IT IS FURTHER ORDERED** that the Movant may assess the Debtor's mortgage account with reasonable attorney's fees of up to $650 plus costs of $150 in connection with this Motion for Relief from Stay. If the Debtor received a Chapter 7 discharge after the Movant's loan was originated, said attorney's fees and costs shall be non-recourse against the Debtor unless Movant's debt was included in a reaffirmation agreement, and

**IT IS FURTHER ORDERED** that the 14 day stay of Fed.R.Bankr.P. 4001(a)(3) is not applicable and the Movant may immediately enforce and implement this Order.

Dated: May 17, 2011

Albert S. Dabrowski
United States Bankruptcy Judge

Affidavit of Non-Compliance of Stipulation, ECF No. 43
No Counter Affidavit filed.

United States Bankruptcy Court
District of Connecticut

In re:  
Gloria J. Atkins  
     Debtor

Case No. 09-23511-asd  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0205-2     User: bleible          Page 1 of 1          Date Rcvd: May 17, 2011
                  Form ID: pdfdoc2     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2011.
db       +Gloria J. Atkins,   25 Winton Road,   East Windsor, CT 06088-9750

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr        US Bank National Association, As Trustee For The S
                                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2011**                                        **Signature:** _/s/ Joseph Speetjens_